Jie (Lisa) Li (State Bar No. 260474)
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100
Lisa.Li@wilmerhale.com

Michael Bongiorno (Admitted *Pro Hac Vice*)
Timothy Perla (Admitted *Pro Hac Vice*)
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000
Michael.Bongiorno@wilmerhale.com
Timothy.Perla@wilmerhale.com

*Attorneys for TerraForm Global, Inc. and Peter Blackmore*

Additional Counsel Listed on Signature Page

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| OKLAHOMA FIREFIGHTERS PENSION AND RETIREMENT SYSTEM,<br>Plaintiff,<br>vs.<br>SUNEDISON, INC., et al.,<br>Defendants. | Related Case No. 5:16-cv-02267-BLF<br><br>**STIPULATION AND [PROPOSED] SCHEDULING ORDER**<br><br>Judge:  Hon. Beth Labson Freeman |
| ANTON S. BADRI, *Individually and on Behalf of Others Similarly Situated*,<br>Plaintiff,<br>vs.<br>TERRAFORM GLOBAL, INC., *et al.*,<br>Defendants. | Related Case No. 5:16-cv-02269-BLF |

| | |
|---|---|
| IRON WORKERS MID-SOUTH PENSION FUND, *Individually and on Behalf of Others Similarly Situated*,<br>Plaintiff,<br><br>vs.<br><br>TERRAFORM GLOBAL, INC., *et al.*,<br>Defendants. | Related Case No. 5:16-cv-02270-BLF |
| MITESH PATEL, *Individually and on Behalf of Others Similarly Situated*,<br>Plaintiff,<br><br>vs.<br><br>TERRAFORM GLOBAL, INC., *et al.*,<br>Defendants. | Related Case No. 5:16-cv-02272-BLF |
| SIMON FRASER, *Individually and on Behalf of Others Similarly Situated*,<br>Plaintiff,<br><br>vs.<br><br>TERRAFORM GLOBAL, INC., *et al.*,<br>Defendants. | Related Case No. 5:16-cv-02273-BLF-PSG |

Pursuant to Civil Local Rules 6-2(a) and 7-12, the parties, by and through their respective undersigned counsel of record, submit the following stipulation and proposed order:

WHEREAS, October 23, 2015, the action captioned *Fraser v. Wuebbels et al.* ("*Fraser*") was filed in Superior Court of California, San Mateo County;

WHEREAS, on December 3, 2015, the action captioned *Iron Workers Mid-South Pension Fund v. TerraForm Global, Inc. et al.* ("*Iron Workers*") was filed in the Superior Court of California, San Mateo County;

WHEREAS, on December 9, 2015, the action captioned *Badri v. TerraForm Global, Inc. et al.* ("*Badri*") was filed in the Superior Court of California, San Mateo County;

WHEREAS, on January 4, 2016, the action captioned *Patel v. TerraForm Global, Inc. et al.* ("*Patel*") was filed in the Superior Court of California, San Mateo County;

WHEREAS, on March 29, 2016, the action captioned *Oklahoma Firefighters Pension and Retirement System v. SunEdison, Inc. et al.* ("*Oklahoma Firefighters*") was filed in the Superior Court of California, San Mateo County;

WHEREAS, on April 26, 2016, Defendants removed *Fraser*, *Iron Workers*, *Badri*, *Patel*, and *Oklahoma Firefighters* to federal court;

WHEREAS, on May 26, 2016, Plaintiffs moved to remand *Fraser*, *Badri*, and *Oklahoma Firefighters* to state court [*Fraser* Dkt. 23; *Badri* Dkt. 30; *Oklahoma Firefighters* Dkt. 39-40];

WHEREAS, on May 27, 2016, Plaintiffs moved to remand *Iron Workers* and *Patel* to state court [*Iron Workers* Dkt. 25-26, *Patel* Dkt. 27];

WHEREAS, on June 1, 2016, Defendants moved to transfer *Fraser*, *Iron Workers*, *Badri*, *Patel*, and *Oklahoma Firefighters* to the Southern District of New York [*Fraser* Dkt. 24-25; *Iron Workers* Dkt. 27-28; *Badri* Dkt. 31-32; *Patel* Dkt. 28-29; *Oklahoma Firefighters* Dkt. 41, 43];

WHEREAS, Plaintiffs' motions to remand and Defendants' motions to transfer are scheduled to be heard on October 6, 2016;

WHEREAS, Plaintiffs Fraser, Iron Workers, Badri and Patel are considering whether to request and move for the advancement of the October 6, 2016 hearing date for the pending motions for remand and to transfer;

WHEREAS, pursuant to N.D. Cal. Civ. L.R. 7-3, Defendants' responses to the motions to remand in *Fraser*, *Badri*, and *Oklahoma Firefighters* are due by June 9, 2016, and Plaintiffs' replies are due by June 16, 2016;

WHEREAS, pursuant to N.D. Cal. Civ. L.R. 7-3, Defendants' responses to the motions to remand in *Iron Workers* and *Patel* are due by June 10, 2016, and Plaintiffs' replies are due by June 17, 2016;

WHEREAS, pursuant to N.D. Cal. Civ. L.R. 7-3, Plaintiffs' responses to the motions to transfer are due by June 15, 2016, and Defendants' replies are due by June 22, 2016;

WHEREAS, due to the complexity of the issues raised in these multiple pending motions in multiple related cases, the parties will require additional time to fully address all issues, and do so in an organized and coordinated fashion;

WHEREAS, the parties are presently meeting and conferring over the necessary extension but have not yet agreed to the briefing schedule, and over seeking to advance the October 6, 2016 hearing date for the motions for remand and to transfer;

WHEREAS, to permit time for the meet and confer to be completed, and in light of the upcoming deadline for the parties' responses to the motions to remand and transfer, the parties have agreed to an interim extension, as set forth below, which provides: (1) Defendants have until and including June 16, 2016 to file their responses to the motions to remand; (2) Plaintiffs have until and including June 22, 2016 to file their responses to the motions to transfer; (3) Plaintiffs have until and including June 23, 2016 to file any reply in support of their motions to remand; and (4) Defendants have until June 29, 2016 to file any reply in support of their motions to transfer.

WHEREAS, the parties intend to submit a further motion on or before June 16, 2016 establishing an agreed briefing schedule for the motions to remand and transfer, and for

4

STIPULATION AND PROPOSED SCHEDULING ORDER;
RELATED CASE NOS. 5:16-CV-02267-BLF, 5:16-CV-02269-BLF, 5:16-CV-02270-BLF, 5:16-CV-02272-BLF, AND 5:16-CV-02273-BLF-PSG

requesting an advancement of the October 6, 2016 hearing date;

WHEREAS, the agreed schedule will not delay any scheduled hearings;

WHEREAS, by stipulation of the parties, Defendants are not required to plead or otherwise respond to the Complaint in *Fraser*, *Iron Workers*, *Patel*, or *Badri* until after consolidation [*Badri v. TerraForm Global, Inc. et al.*, 15-cv-06323-BLF, Dkt. 15];

WHEREAS, the Court has previously granted Defendants' Administrative Motion to Extend Time to Respond to the Complaint in *Oklahoma Firefighters* until after the motion to remand and the motion to transfer venue are decided [*Oklahoma Firefighters* Dkt. 34];

WHEREAS, no other extensions of time have been granted in these actions;

NOW THEREFORE, the parties hereby agree and stipulate to the following interim deadlines:

1. Defendants' oppositions to Plaintiffs' motions to remand in *Fraser*, *Iron Workers*, *Badri*, *Patel*, and *Oklahoma Firefighters* shall be filed on or before June 16, 2016;

2. Plaintiffs' oppositions to Defendants' motions to transfer in *Fraser*, *Iron Workers*, *Badri*, *Patel*, and *Oklahoma Firefighters* shall be filed on or before June 22, 2016;

3. Plaintiffs' replies in support of their motions to remand in *Fraser*, *Iron Workers*, *Badri*, *Patel*, and *Oklahoma Firefighters* shall be filed on or before June 23, 2016;

4. Defendants' replies in support of their motions to transfer in *Fraser*, *Iron Workers*, *Badri*, *Patel*, and *Oklahoma Firefighters* shall be filed on or before June 29, 2016;

5. Notwithstanding the foregoing, on or before June 16, 2016, the parties may file their further motion for an extension of the briefing deadlines on the motions to remand.


Dated:  June 7, 2016                Respectfully Submitted,

By:   */s/ Ji (Lisa) Li*
Jie (Lisa) Li, SBN 260474
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile (650) 858-6100
Lisa.Li@wilmerhale.com

Michael Bongiorno (admitted *pro hac vice*)
Timothy Perla (admitted *pro hac vice*)
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile (617) 526-5000
Michael.Bongiorno@wilmerhale.com
Timothy.Perla@wilmerhale.com

*Attorneys for TerraForm Global, Inc., and Peter Blackmore*

By:   */s/ Sara B. Brody*
Sara B. Brody, SBN 130222
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, California  94104
Telephone:  (415) 772-1200
Facsimile:  (415) 772-7400
sbrody@sidley.com

*Attorney for SunEdison, Inc., Ahmad Chatila, Brian Wuebbels, Martin Truong, Jeremy Avenier, Emmanuel Hernandez, Antonio R. Alvarez, Clayton Daley, Jr., Georganne Proctor, Steven Tesoriere, James B. Williams, and Randy H. Zwirn*

By:   */s/ Daniel H. Bookin*
Daniel H. Bookin, SBN 78996
O'MELVENY & MYERS LLP

```
                    Two Embarcadero Center, 28th Floor
                    San Francisco, CA 94111
                    Telephone: (415) 984-8700
                    Facsimile: (415) 984-8701
                    dbookin@omm.com
```

*Attorney for Alejandro Hernandez*

By:   */s/ Patrick D. Robbins*
      Patrick D. Robbins, SBN 152288
      SHEARMAN & STERLING LLP
      535 Mission Street, 25th Floor
      San Francisco, CA  94105
      Telephone:  (415) 616-1210
      Facsimile:   (415) 616-1199
      probbins@shearman.com

      Adam S. Hakki (*pro hac vice* app. to be submitted)
      Daniel C. Lewis (*pro hac vice* app. to be submitted)
      SHEARMAN & STERLING LLP
      599 Lexington Avenue
      New York, NY 10022-6069
      Telephone:  (212) 848-4000
      Facsimile:   (646) 848-4924
      ahakki@shearman.com
      daniel.lewis@shearman.com

*Attorneys for Underwriters*

By:  */s/ Ismail Ramsey*
     Ismail Ramsey (SBN 189820)
     Katharine Kates (SBN 155534)
     RAMSEY & ELRICH LLP
     803 Hearst Avenue
     Berkeley, California  94710
     Telephone:  (510) 548-3600
     Facsimile:  (510) 291-3060
     izzy@ramsey-ehrlich.com
     katharine@ ramsey-ehrlich.com

     Kevin J. O'Connor (Admitted *Pro Hac Vice*)
     HINCKLEY ALLEN
     28 State Street
     Boston, MA 02109-1775
     Tel:  (617) 378-4190
     Fax:  (617) 378-4191
     koconnor@hinkleyallen.com

7

*Attorneys for Carlos Domenech Zornoza*

By:   */s/ Francis A. Bottini, Jr.*
      Francis A. Bottini, Jr., SBN 175783
      Albert Y. Chang, SBN 296065
      Yury A. Kolesnikov, SBN 271173
      BOTTINI & BOTTINI, INC.
      7817 Ivanhoe Avenue, Suite 102
      La Jolla, CA 92037
      Telephone:  (858) 914-2001
      Facsimile:  (858) 914-2002
      fbottini@bottinilaw.com

*Attorneys for Plaintiff Anton S. Badri*

By:   */s/ Ex Kano Sams II*
      Ex Kano Sams II, SBN 192936
      Lionel Z. Glancy, SBN 134180
      Robert V. Prongay, SBN 270796
      Lesley F. Portnoy, SBN 304851
      GLANCY PRONGAY & MURRAY LLP
      1925 Century Park East, Suite 2100
      Los Angeles, CA 90067
      Telephone: (310) 201-9150
      Facsimile: (310) 210-9160
      esams@glancylaw.com

      J. Brandon Walker
      BRAGAR EAGEL & SQUIRE P.C.
      885 Third Avenue, Suite 3040
      New York, NY 10022
      Telephone: (212) 308-5858
      Facsimile: (212) 486-0462

*Attorneys for Plaintiff Simon Fraser*

By:   */s/ Laurence M. Rosen*
      Laurence M. Rosen, SBN 219683
      THE ROSEN LAW FIRM, P.A.
      355 South Grand Avenue, Suite 2450
      Los Angeles, CA 90071
      Telephone: (213) 785-2610
      Facsimile: (213) 226-4684
      lrosen@rosenlegal.com

*Attorneys for Plaintiff Mitesh Patel*

By: */s/ Jennifer N. Caringal*
Jennifer N. Caringal, SBN 286197
Darren J. Robbins, SBN 168593
James I. Jaconette, SBN 179565
Scott H. Saham, SBN 188355
ROBBINS GELLER RUDMAN & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: (619) 231-1058
Facsimilie: (619) 231-7423

Dennis J. Herman, SBN 220163
David W. Hall, SBN 274921
ROBBINS GELLER RUDMAN & DOWD LLP
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: (415) 288-4545
Facsimilie: (415) 288-4534

*Attorneys for Plaintiff Oklahoma Firefighters Pension and Retirement System*

By: */s/ Jay N. Razzouk*
Jay N. Razzouk, SBN 258511
Brian J. Robbins (190264)
George C. Aguilar (126535)
ROBBINS ARROYO LLP
600 B Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991
jrazzouk@robbinsarroyo.com
brobbins@robbinsarroyo.com
gaguilar@robbinsarroyo.com

*Attorneys for Plaintiff Iron Workers Mid-South Pension Fund*

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

2  Dated: _____    _____

3                                              Honorable Beth Labson Freeman
                                            UNITED STATES DISTRICT JUDGE

10

STIPULATION AND PROPOSED SCHEDULING ORDER;
RELATED CASE NOS. 5:16-CV-02267-BLF, 5:16-CV-02269-BLF, 5:16-CV-02270-BLF, 5:16-CV-02272-BLF, AND 5:16-CV-02273-BLF-PSG