UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

IN RE: SUNEDISON, INC. SECURITIES
LITIGATION

ORDER

16-MD-2742
16-MC-2742
16-MC-2743
16-MC-2744

------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12-19-16

CASTEL, U.S.D.J.

There is a limited pool of directors and officers liability insurance available to cover certain defendants in this Multi-District Litigation. The debtor has noted that the costs incurred by directors and officers in defending these actions will erode coverage limits. The parties are directed to participate in a private mediation. It is anticipated that the mediation will include non-parties such as Sun Edison's Creditors' Committee and the plaintiff in the derivative action in the Delaware Chancery Court. To preserve the available coverage, there will be a one-time, limited stay of all actions that are part of this MDL, which will expire on March 31, 2017. A status report is required by March 17, 2017, and the Court does not anticipate extending the stay absent a breakthrough development or other good cause.

The limited stay does not preclude the filing of amended complaints, pre-motion letters, submissions related to the appointment of lead plaintiffs or lead counsel, or the other procedural matters raised at today's pretrial conference. Contingent on the appointment of lead counsel, Amended Consolidated Class Action Complaints in Pyramid Holdings, Inc. v. TerraForm Global, Inc., et al., 16 Civ. 7981 (PKC), Church v. Chatila, et al., 16 Civ. 7962 (PKC) and Usenko v. SunEdison, Inc., et al., 16 Civ. 7950 (PKC) shall be filed no later than January 16, 2017. Submissions for the appointment of lead counsel in the ERISA class action shall be made

no later than January 6, 2017. For all actions, the contemplated grounds for any proposed motion to dismiss shall be set forth in a pre-motion letter to be filed no later than February 6, 2017, with any response due February 20, 2017. Defendants' letter brief concerning the status of <u>Oklahoma Firefighters Pension and Retirement System v. SunEdison, Inc., et al.</u>, 16 Civ. 7995 (PKC), is due January 16, 2017, with plaintiff's response due February 3, 2017.

The time for any party to answer or move is stayed pending further action by the Court.

SO ORDERED.

P. Kevin Castel
United States District Judge

Dated: New York, New York
December 19, 2016